# EXHIBIT 1

(Provided on CD/DVD)