## MEMORANDUM

UNITED STATES DISTRICT CLERK
Southern District of Texas
P.O. Box 61010
Houston, TX 77208

RE: Simms vs. Rivers: 4:23-CV-02004

May 1st, 2024

Dear Clerk;

Would you please give me the current status of the Civil Case in Simms vs. Rivers: 4:23-CV-02004. Your help would be greatly appreciated. Thank you.

Respectfully Submitted,

*[signature]*

Brant L. Simms #02476451
Harris County Jail
1200 Baker Street
Houston, Texas 77002

United States Courts
Southern District of Texas
FILED:
MAY - 3 2024
Nathan Ochsner, Clerk of Court

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name Brant L. Simms
SPN 02476451   Cell S-E-2B
Street 1200 Baker Street
HOUSTON, TEXAS 77002

Keefe
Commissary Network

INDIGENT

Nathan Ochsner, Clerk of Court

United States Courts
Southern District of Texas
FILED
MAY - 3 2024

77208-101010

HOUSTON TX RPDC
1 MAY 2024 PM 2



US POSTAGE PITNEY BOWES
ZIP 77002
02 4W
0000368784 MAY. 01. 2024.
$ 000.64⁰

United States District Clerk
Southern District of Texas
P.O. Box 61010
Houston, Texas 77208