UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF TEXAS,
HOUSTON, TEXAS.

United States Courts
Southern District of Texas
FILED
MAY 22 2024
Nathan Ochsner, Clerk of Court

SIMMS, ET. AL                 X
                              X
                              X
                              X
VS.                           X   CIVIL NO. 4:23-cv-02004
                              X
                              X
                              X
RIVERS, ET. AL                X

REQUEST FOR STATUS
OF CIVIL CASE

Dear Clerk;

Would you please inform me of the status of the above numbered styled cause please. Your help and assistance is greatly appreciated.

Respectfully Submitted,

*[signature]*

BRANT L. SIMMS # 02476451
Harris County Jail
1200 Baker Street
Houston, TX. 77002

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name Brant L. Simms
SPN 02447C481   Cell 5-E-2B
Street 1200 Baker Street
HOUSTON, TEXAS 77002

Keefe
Commissary Network

INDIGENT

United States Courts
Southern District of Texas
FILED
MAY 22 2024
Nathan Ochsner, Clerk of Court

HOUSTON TX 770
20 MAY 2024 PM 4

ZIP 77002
02 4W
0000368784
US POSTAGE and PITNEY BOWES
$ 000.64°
MAY. 20. 2024.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 61010
HOUSTON, TEXAS 77028

77208-101010