IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MEGHAN SONNIER SIMMS, individually and GABRIELA LAVINE as Next Friend of Minor J.S. and on behalf of the Estate of JERMAINE K. SONNIER,<br><br>Plaintiffs,<br><br>v.<br><br>JERRY RIVERA, ANTHONY JACKSON, GARRETT PULATIE, PERRY FENOGLIO, WILLIAM KEEFE, ERIC MALDONADO, JOSEPH BRAVO, TAYLOR PEACOCK, , CITY OF HOUSTON, TEXAS, NICOLAS DAHL, VINCENT GARCIA, SEAN DAILEY, JESSICA SMITH, DEREK LEFERINK, CHRISTOPHER FINLAN and HERNAN ARMENDARIZ,<br><br>Defendants. | CIVIL ACTION NO. 4:23-cv-2004<br>JURY TRIAL DEMANDED |

**AGREED MOTION TO AMEND THE SCHEDULING/DOCKET CONTROL ORDER**

TO THE HONORABLE COURT:

COME NOW, Meghan Sonnier Simms, individually as the surviving mother of Jermaine K. Sonnier ("Sonnier") deceased and Gabriela Lavine, as next friend of J.S., the minor son of Jermaine K. Sonnier and on behalf of the Estate of Jermaine K. Sonnier ("Sonnier") deceased, Plaintiffs, and file this Agreed Motion to Amend the Scheduling/Docket Control Order (Doc. 60). In support of their Motion, the Plaintiffs state as follows:

**I.  Requested extension and reason for same.**

Plaintiffs brought this lawsuit alleging claims of excessive force and deliberate indifference to serious medical need against the defendants. The Parties have been engaging in discovery, however, due to the conflicting schedules of the parties, which included a recent trial

in the Eastern District of Texas in which the undersigned was lead counsel, the parties have not been able to coordinate depositions with the number of individuals involved in this lawsuit. The deadline for Plaintiffs to designate an expert is currently February 10, 2025. (Dkt. 60 at 1). Responsive experts are to be designated by March 12, 2025. (Dkt. 60 at 1). Discovery closes on April 11, 2025. (Dkt. 60 at 1). The trial term is set for July 28, 2025.

To give the Parties additional time to engage in additional discovery, among satisfying other scheduling order deadlines, the Parties ask that this Court continue the pretrial and trial dates.

Pursuant to the Docket Control Order (Doc. 60), this Agreed Motion to Amend the Scheduling/Docket Control Order includes a chart in the format of the Docket Control Order that lists all of the dates in one column and the proposed changes to each date in an additional adjacent column.[1]

| CURRENT SCHEDULE | PROPOSED SCHEDULE | EVENT |
|---|---|---|
| May 23, 2024 | Already passed | The deadline to join New Parties. |
| June 23, 2024 | Already passed | Amendment to Pleadings by Plaintiff or Counter-Plaintiff |
| February 10, 2025 | May 10, 2025 | Deadline for the Plaintiffs to designate experts. |
| March 12, 2025 | June 12, 2025 | Deadline for the Defendants to designate experts. |
| April 11, 2025 | July 11, 2025 | Deadline to Complete Discovery. |
| April 28 2025 | August 1, 2025 | Deadline to file Dispositive and Non-Dispositive Motions |
| July 21, 2025 | October 20, 2025 | Deadline to file Joint Pretrial Order and Motions *in Limine*. |
| July 28, 2025 | October 27, 2025 | Trial |

---

[1] The Proposed Amended Docket Control Order is attached hereto as Exhibit 1.

| | | |
|---|---|---|
| **4-7 days** | **4-7 days** | **EXPECTED LENGTH OF TRIAL** |

## II. Motion to Extend Time

Federal Rule of Civil Procedure 6(b)(1)(A) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time … with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Rule 16(b) also allows this Court to modify a scheduling order for good cause. This motion is being filed before any of the scheduling order deadlines the Parties are seeking to extend have expired and there is good cause for continuing the current trial date and entering a new scheduling order.

Good cause exists to extend the scheduling order deadlines because the Parties need additional time to complete fact witness discovery, including depositions, before expert designations are appropriate. There can be no prejudice in resetting these deadlines as all parties are in agreement with the new deadlines and trial setting. The extension of the pretrial deadlines and continuance of the trial setting is not sought for delay only, but so that justice may be done.

## III. Prayer

For these reasons, the Plaintiffs respectfully request that this Court grant their motion to continue the pre-trial deadlines and trial date and enter a new scheduling order in the form attached hereto as Exhibit 1. The parties further request such other relief to which he may be justly and equitably entitled.

Respectfully submitted,

*/s/ Daryl K. Washington*
**Daryl K. Washington**
State Bar No. 24013714
**WASHINGTON LAW FIRM, PC**
325 N. St. Paul St., Suite 3950
Dallas, Texas 75201
Telephone: (214) 880-4883
Facsimile: (214) 751-6685

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

The undersigned counsel has complied with the meet and confer requirement in the Local Rules. Counsel for Defendants has indicated that the Motion is agreed. Therefore, this motion is being filed as unopposed.

*/s/ Daryl K. Washington*
**Daryl K. Washington**

## CERTIFICATE OF SERVICE

I hereby certify that on **February 2, 2025**, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

*/s/ Daryl K. Washington*
**Daryl K. Washington**