IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEGHAN SONNIER SIMMS, individually and GABRIELA LAVINE as Next Friend of Minor J.S. and on behalf of the Estate of JERMAINE K. SONNIER,<br><br>    Plaintiffs,<br><br>v.<br><br>JERRY RIVERA, , ANTHONY JACKSON, GARRETT PULATIE, PERRY FENOGLIO, WILLIAM KEEFE, ERIC MALDONADO, JOSEPH BRAVO, TAYLOR PEACOCK, , CITY OF HOUSTON, TEXAS, NICOLAS DAHL, VINCENT GARCIA, SEAN DAILEY, JESSICA SMITH, DEREK LEFERINK, CHRISTOPHER FINLAN and HERNAN ARMENDARIZ,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:23-cv-2004<br>JURY TRIAL DEMANDED |

## AMENDED SCHEDULING/DOCKETING CONTROL ORDER

Anticipated Length of Trial: __4-7__ Days        Jury: __X__  Non-Jury: _____

1. (a) **NEW PARTIES** shall be joined by:                    Already Passed
       The Attorney causing the addition of new parties will provide copies of this Order to new parties.

   (b) **AMENDMENT to PLEADINGS**                             Already Passed
       by Plaintiff or Counter-Plaintiff shall be filed by:

2. EXPERT WITNESSES for the PLAINTIFFS will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:      5/10/2025

3. EXPERT WITNESSES for the DEFENDANTS will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:      6/12/2025

4. DISCOVERY must be completed by:                            7/11/2025

   Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS
   (except motions *in limine*) will be filed by:     8/1/2025

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* will be filed by:     10/20/2025
   (Due the Monday before trial)

7. TRIAL will begin at 9:00 a.m.     10/27/2025

Date

Keith P. Ellison
United States District Judge