IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
February 04, 2025
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| MEGHAN SONNIER SIMMS, individually and GABRIELA LAVINE as Next Friend of Minor J.S. and on behalf of the Estate of JERMAINE K. SONNIER, | § § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:23-cv-2004 |
| v. | § § | JURY TRIAL DEMANDED |
| JERRY RIVERA, , ANTHONY JACKSON, GARRETT PULATIE, PERRY FENOGLIO, WILLIAM KEEFE, ERIC MALDONADO, JOSEPH BRAVO, TAYLOR PEACOCK, , CITY OF HOUSTON, TEXAS, NICOLAS DAHL, VINCENT GARCIA, SEAN DAILEY, JESSICA SMITH, DEREK LEFERINK, CHRISTOPHER FINLAN and HERNAN ARMENDARIZ, | § § § § § § § § § § § § | |
| Defendants. | § | |

## AMENDED SCHEDULING/DOCKETING CONTROL ORDER

Anticipated Length of Trial: __4-7__ Days          Jury: __X__   Non-Jury: _____

1. (a) **NEW PARTIES** shall be joined by:          Already Passed
   The Attorney causing the addition of new parties will provide copies of this Order to new parties.

   (b) **AMENDMENT to PLEADINGS**          Already Passed
   by Plaintiff or Counter-Plaintiff shall be filed by:

2. EXPERT WITNESSES for the PLAINTIFFS will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:          5/10/2025

3. EXPERT WITNESSES for the DEFENDANTS will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:          6/12/2025

4. DISCOVERY must be completed by:          7/11/2025

   Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS
   (except motions *in limine*) will be filed by:           8/1/2025

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* will be filed by:      10/20/2025
   (Due the Monday before trial)

7. TRIAL will begin at 9:00 a.m.                           10/27/2025


2/3/2025
Date

Keith P. Ellison
United States District Judge